UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

COUNTRYMAN NEVADA, LLC,

v.                                            Case No. 6:14-cv-491-Orl-18GJK

MISTI ADAMS,

---

## ORDER

THIS CAUSE was referred to United States Magistrate Judge Gregory J. Kelly for a report and recommendation on Plaintiff Countryman Nevada, LLC's Motion for Default Judgment (Doc. 19). Judge Kelly issued his Report and Recommendation on January 16, 2015 (Doc. 20). Having reviewed the Report and Recommendation (Doc. 20), and there being no objections filed, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 20) is **APPROVED** and **ADOPTED**.

2. The Court **GRANTS in part** and **DENIES in part** Countryman Nevada, LLC's Motion for Default Judgment (Doc. 19). The Motion for Default Judgment (Doc. 19) is **GRANTED as follows:**

   a. Default judgment is entered in favor of Plaintiff Countryman Nevada, LLC and against Defendant Misti Adams;

   b. Defendant shall be permanently enjoined from directly or indirectly infringing Plaintiff's rights in the copyrighted Motion Picture titled "Charlie Countryman" (the "Movie"), including without limitation by using the internet to reproduce or copy Plaintiff's Movie, to distribute Plaintiff's Movie, or to make Plaintiff's Movie

available for distribution to the public, except pursuant to lawful licenses or with the express authority of Plaintiff;

c. Defendant shall destroy all copies of Plaintiff's Movie that Defendant has downloaded onto any computer hard drive or server without Plaintiff's authorization and shall destroy all copies of the downloaded Movie transferred onto any physical medium or device in Defendants possession, custody, or control;

d. Plaintiff is awarded a total of $6,000.00 in statutory damages against Defendant;

e. Plaintiff is awarded a total of $1,320.00 in attorneys' fees against Defendant; and

f. Plaintiff is awarded a total of $495.00 in costs against Defendant;

3. The Clerk of the Court is directed to enter judgment accordingly and to **CLOSE** the case.

**DONE** and **ORDERED** in Orlando, Florida on this ___11___ day of February, 2015.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party